In re   Dallas Roadster, Limited            Case No.   11-43725
              **Debtor**                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Land and Building<br><br>404 N. Central Exprwy.<br>Richardson, TX 75081 | Purchase Money | | 800,000.00 | 500,000.00 |
| Land and Building<br>825 Avenue K<br>Plano, TX 75074 | Purchase Money | | 750,000.00 | 350,000.00 |
| Land and Building<br>905 Avenue K<br>Plano, TX 75074 | Purchase Money | | 1,000,000.00 | 600,000.00 |
| Land<br>10th Street<br>Plano, TX | Purchase Money | | 300,000.00 | 200,000.00 |
| Total ➤ | | | 2,850,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

In re   Dallas Roadster, Limited                                    Case No.   11-43725
_____                              _____
              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America - checking account | | 90,000.00 |
| | | Texas Capital Bank - Ending in 126 The balances in this account was offset by Texas Capital Bank when the receiver was appointed in November, 2011. | | 0.00 |
| | | Texas Capital Bank - Three other accounts that were zero balance accounts. | | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

In re   Dallas Roadster, Limited                                               Case No.   11-43725
                        **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Notes Receivable Face Value - actual value may vary. | | 2,078,919.00 |
| | | Contracts - in Transit | | 17,752.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Azar Capital Investments, Limited | | 500,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Possible Claims - Posssible claims agains Texas Capital Bank, N.A., Patrick Michaels and Michaels Consulting related to the appointment of a receiver and the acceleration of the notes. | | 0.00 |
| | | Possible Claims - | | 0.00 |

In re  Dallas Roadster, Limited                                      Case No.  11-43725
_____                                      _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Possible claims against Ben Hafez-Amini related to his indictment. | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Computer Software - Licenses | | 11,628.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture and Fixtures for all three locations: 825 Avenue K, Plano, TX 75074 905 Avenue K, Plano, TX 75074 404 N. Central Expressway, Richardson, TX 75081 (Please see attached) | | 93,652.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery and Equipment for all three locations - 825 Avenue K, Plano, TX 75074 905 Avenue K, Plano, TX 75074 404 N. Central Expressway, Richardson, TX 75081 (Please see attached) | | 294,152.00 |
| 30. Inventory. | | Dallas Roadster - Inventory list please see attached | | 3,123,816.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

In re   Dallas Roadster, Limited                                    Case No.   11-43725
                      **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | <u>0</u>    continuation sheets attached    Total | | $    6,209,919.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-*****- - Adobe PDF

**B6D (Official Form 6D) (12/07)**

In re ___Dallas Roadster, Limited_____,    Case No. 1-43725_____
        **Debtor**                                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Texas Capital Bank National Association<br>2000 McKinney Ave.<br>Suite 700<br>Dallas, TX 75201 | X | | Lien: Deed of Trust<br>Security: Real Property<br><br>VALUE $ 2,550,000.00 | | | | 1,650,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Texas Capital Bank, National Association<br>14131 Midway Road<br>Suite 100<br>Addison, TX 75001 | | | Lien: UCC1<br>Security: Business personal property, receivables, etc.<br>Balance is approximate as receiver account has not yet been reconciles.<br><br>VALUE $ 3,631,000.00 | | | | 2,000,000.00 | 0.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

___0___ continuation sheets attached

|  | Subtotal ► (Total of this page) | $ 3,650,000.00 | $ 0.00 |
|---|---|---|---|
|  | Total ► (Use only on last page) | $ 3,650,000.00 | $ 0.00 |
|  |  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**B6F (Official Form 6F) (12/07)**

In re __Dallas Roadster, Limited_____,   Case No. ___11-43725_____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　Abdee Molavi 1875 Johnson Rd. Keller, TX 76248 | | | Consideration: Business debt | | | | 88,000.00 |
| ACCOUNT NO.　Abdollah Adloo 6104 Crystal Wood Ct. Dallas, TX 75249 | | | Consideration: Business debt | | | | 150,000.00 |
| ACCOUNT NO.　Abdollah Nouri 2141 East Arapaho Rd. Richardson, TX 75081 | | | Consideration: Business debt | | | | 250,000.00 |
| ACCOUNT NO.　Alberto Dal Cin 2600 Avenue K Plano, TX 75074 | | | Consideration: Business debt | X | X | X | 1,073,000.00 |

__15__ continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　Subtotal ➤ | $ | 1,561,000.00 |

　　　　　　　　　　　　　　　　　　　　　　Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Dallas Roadster, Limited_____,     Case No. ___11-43725_____
                **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ali Hafezamini<br>68 Placid Pond Dr.<br>Frisco, TX 75034 | | | Consideration: Business debt | | | | 135,000.00 |
| ACCOUNT NO.<br>ALLDATA<br>P.O. Box 848379<br>Dallas, TX 75284 | | | Consideration: Vendor | | | | 216.49 |
| ACCOUNT NO. x-xxxx-xxx2131<br>Allied Waste<br>4200 East 14th St.<br>Plano, TX 75074 | | | Consideration: Utilities | | | | 307.47 |
| ACCOUNT NO. x-xxxx-xxx2131<br>Allied Waste<br>4200 East 14th St.<br>Plano, TX 75074 | | | Consideration: Utilities | | | | 307.47 |
| ACCOUNT NO. x-x6007<br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | | Consideration: Credit Card | | | | 129.90 |

Sheet no. _1_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  135,961.33

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Dallas Roadster, Limited _____ ,    Case No. ___11-43725_____
         **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. x-x6008<br><br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | | Consideration: Credit card debt | | | | 35,936.08 |
| ACCOUNT NO.<br><br>American Five Trading<br>c/o Alberto Dal Cin<br>2600 Ave K<br>Plano, TX 75074 | | | Consideration: Business Debt | | | X | 231,091.14 |
| ACCOUNT NO. xx8441<br><br>Aramark Uniforms<br>P.O. Box 36028<br>Dallas, TX 75235 | | | Consideration: Vendor | | | | 140.34 |
| ACCOUNT NO. 1018<br><br>Auto Look<br>P.O. Box 866971<br>Plano, TX 75086 | | | Consideration: Vendor | | | | 3,495.00 |
| ACCOUNT NO. xxx0110<br><br>Auto Nation<br>P.O. Box 849003<br>Dallas, TX 75284 | | | Consideration: Vendor | | | | 492.26 |

Sheet no. _2_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ➤ | $ | 271,154.82 |
|---|---|---|---|
| | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Dallas Roadster, Limited_____,     Case No. ___11-43725_____
           **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxxxx-xxx975G <br><br> Autobytel <br> P.O. Box 30860 <br> Los Angeles, CA 90030 | | | Consideration: Vendor | | | | 999.00 |
| ACCOUNT NO.  xxxx-5143 <br><br> Axion Tech.Com <br> 1408 Vinylex Drive <br> Carrolton, TX 75006 | | | Consideration: Vendor | | | | 54.11 |
| ACCOUNT NO. <br><br> Ben Amini <br> 2703 Mary Court <br> Plano, TX 75094 | | | Consideration: Salary | | | | 20,000.00 |
| ACCOUNT NO. <br><br> Ben Khobahy <br> 3925 Guston Hall Court <br> Plano, TX 75025 | | | Consideration: Salary | | | | 16,000.00 |
| ACCOUNT NO.  xxxx-xxxx-xxxx-7246 <br><br> Cardmember Services <br> P.O. Box 94014 <br> Palatine, IL 60094-4014 | | | Consideration: Credit Card | | | | 2,452.33 |

Sheet no. __3__ of __15__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   39,505.44

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___Dallas Roadster, Limited_____,    Case No. ___11-43725_____
                 **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxx-xxxx-xxxx-6442<br><br>Cardmember Services<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | | Consideration: Credit Card | | | | 766.43 |
| ACCOUNT NO.  x1138<br><br>Carfax<br>16630 Collection Center Dr.<br>Chicago, IL 60693 | | | Consideration: Vendor | | | | 4,771.40 |
| ACCOUNT NO.  xx9448<br><br>CCC Information<br>8059 Innovation Way<br>Chicago, IL 60682 | | | Consideration: Vendor | | | | 831.26 |
| ACCOUNT NO.  xxxxxx0693<br><br>Chevron/Texaco Card<br>P.O. Box 70887<br>Charlotte, NC 28272 | | | Consideration: Credit Card | | | | 486.91 |
| ACCOUNT NO.  xV547<br><br>Chevron/Texaco Universal<br>P.O. Box 70995<br>Charlotte, NC 28272 | | | Consideration: Credit card debt | | | | 1,914.61 |

Sheet no. __4__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   8,770.61

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Dallas Roadster, Limited                              ,      Case No.   11-43725
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xx4768 <br><br> Commercial Billing Service <br> P.O. Box 2201 <br> Decatur, AL 35609-2201 | | | Consideration: Vendor | | | | 512.37 |
| ACCOUNT NO.  xx1898 <br><br> Contact At Once <br> 11675 Great Oaks Way #350 <br> Alpharetta, GA 30022 | | | Consideration: Vendor | | | | 399.00 |
| ACCOUNT NO.  xx2519 <br><br> CU Direct <br> 2855 E. Guasti Rd. #500 <br> Ontario, CA 91761 | | | Consideration: Vendor | | | | 495.00 |
| ACCOUNT NO.  xxxx58-65 <br><br> Dealix <br> 1851 Resler Ave. <br> El Paso, TX 79912 | | | Consideration: Vendor | | | | 1,000.00 |
| ACCOUNT NO. <br><br> DLP Enterprises <br> c/o Albert Dal Cin <br> 2600 Ave K <br> Plano, TX 75074 | | | Consideration: Business Debt | | | X | 50,000.00 |

Sheet no. __5__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 52,406.37

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Dallas Roadster, Limited _____ ,     Case No. ___11-43725_____
_____Debtor_____                              _____(If known)_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2483<br><br>Ecarlist<br>5307 Mockingbird Ln. #220<br>Dallas, TX 75206 | | | Consideration: Vendor | | | | 92.88 |
| ACCOUNT NO.  xxxx/6296<br><br>Eco-Tech System<br>P.O. Box 3496<br>McKinney, TX 75069 | | | Consideration: Vendor | | | | 1,294.14 |
| ACCOUNT NO.  xx7453<br><br>Economy Tires<br>11839 Shiloh Rd<br>Dallas, TX 75228 | | | Consideration: Vendor | | | | 171.24 |
| ACCOUNT NO.  x0296<br><br>Electra Start<br>1503 Brighton Drive<br>Mansfield, TX 76063 | | | Consideration: Vendor | | | | 70.36 |
| ACCOUNT NO.  x5216<br><br>English Color<br>810 N. Grove Rd.<br>Richardson, TX 75081 | | | Consideration: Vendor | | | | 36.81 |

Sheet no. __6__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   1,665.43

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Dallas Roadster, Limited _____ ,          Case No. ___11-43725_____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxx0903 <br><br> Enterprise Rent-A-Car <br> 18484 Preston Rd. #208 <br> Dallas, TX 75252 | | | Consideration: Vendor | | | | 485.41 |
| ACCOUNT NO.  xxx3515 <br><br> Finish Master <br> P.O. Box 31001-0750 <br> Pasadena, CA 91110 | | | Consideration: Vendor | | | | 5,139.47 |
| ACCOUNT NO.  xxxx-xx-xxx178-3 <br><br> Fleet Services <br> P.O. Box 6293 <br> Carol Stream, IL 60197 | | | Consideration: Credit Card | | | | 3,500.27 |
| ACCOUNT NO. <br><br> G & R Auto <br> 1925 Ave. K <br> Plano, TX 75074 | | | | | | | 89,931.00 |
| ACCOUNT NO.  x6906 <br><br> Gemmell Enterprise <br> 1157 Skylar Drive <br> Rockwell, TX 75032 | | | Consideration: Vendor | | | | 442.92 |

Sheet no.  7  of  15  continuation sheets attached          Subtotal ➤    | $          99,499.07
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims                                                                 Total ➤    | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Dallas Roadster, Limited                               ,         Case No.    11-43725
            **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xALLA<br><br>GOS Welding Supply<br>P.O. Box 2061<br>Rowlett, TX 75030-2061 | | | Consideration: Vendor | | | | 95.40 |
| ACCOUNT NO.   626<br><br>GSI Tims<br>P.O. Box 99309<br>Louisville, KY 40269-0309 | | | Consideration: Vendor | | | | 79.17 |
| ACCOUNT NO.   xx1404<br><br>GT Automotive Repair<br>4601 W. Rochelle Rd.<br>Irving, TX 75062 | | | Consideration: Vendor | | | | 803.20 |
| ACCOUNT NO.   xxxx-xx6125<br><br>Huffines Chevrolet<br>P.O. Box 869268<br>Plano, TX 75086 | | | Consideration: Vendor | | | | 147.14 |
| ACCOUNT NO.   4034<br><br>Inilex<br>460 South Benson Lane #7<br>Chandler, AZ 85224 | | | Consideration: Vendor | | | | 300.00 |

Sheet no.  8  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    1,424.91

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Dallas Roadster, Limited _____,      Case No. __11-43725_____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3791 <br><br> Inilex <br> 460 South Benson Lane #7 <br> Chandler, AZ 85224 | | | Consideration: Vendor | | | | 120.00 |
| ACCOUNT NO. 4031 <br><br> Inilex <br> 460 South Benson Lane #7 <br> Chandler, AZ 85224 | | | Consideration: Vendor | | | | 60.00 |
| ACCOUNT NO. xx7542 <br><br> Interstate Billing Service <br> P.O. Box 2208 <br> Decatur, AL 35609-2208 | | | Consideration: Vendor | | | | 5,173.25 |
| ACCOUNT NO. xx4272 <br><br> James & Dunagan, PC <br> 3890 W. Northwest Hwy. #600 <br> Dallas, TX 75220 | | | Consideration: Vendor | | | | 1,227.64 |
| ACCOUNT NO. <br><br> Jennifer L. Owen <br> Higier, Allen & Lautin, P.C. <br> 5057 Keller Springs Road, Suite 600 <br> Addison, TX 75001 | | | Counsel for Texas Capital Bank, NA | | | | Notice Only |

Sheet no. __9__ of __15__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,580.89

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Dallas Roadster, Limited                                                ,        Case No.   11-43725
                          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>John E. Collins<br>Burleson, Pate & Gibson, LLP<br>900 Jackson Street, Suite 330<br>Dallas, TX 75202 | | | Counsel for Patrick E. Micheals | | | | Notice Only |
| ACCOUNT NO.   x9695<br><br>Kaufman Tires<br>P.O. Box 534718<br>Atlanta, GA 30353-4718 | | | Consideration: Vendor | | | | 1,919.48 |
| ACCOUNT NO.   xx0571<br><br>Keystone Automotive<br>4003 Gifford St., #200<br>Grand Prairie, TX 75050 | | | Consideration: Vendor | | | | 1,439.85 |
| ACCOUNT NO.   xxxx-5143<br><br>Land Rover Dallas<br>P.O. Box 740667<br>Dallas, TX 75374 | | | Consideration: Vendor | | | | 27.67 |
| ACCOUNT NO.   x7725<br><br>LES Dvorzsak<br>800 Fulgham Rd. #29<br>Plano, TX 75093 | | | Consideration: Vendor | | | | 55.63 |

Sheet no.   10   of   15   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    3,442.63

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Dallas Roadster, Limited _____ ,        Case No. ____11-43725_____
                        **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xx4317 <br><br> LKQ North Texas <br> 904 I-45 South <br> Hutchins, TX 75141 | | | Consideration: Vendor | | | | 4,872.40 |
| ACCOUNT NO.   7004 <br><br> Lute Riley Honda <br> 1331 N. Central Expressway <br> Richardson, TX 75080 | | | Consideration: Vendor | | | | 1,524.44 |
| ACCOUNT NO.   xx8657 <br><br> Mercedes Benz of Plano <br> 4464 W. Plano Pkwy. <br> Plano, TX 75093 | | | Consideration: Vendor | | | | 943.50 |
| ACCOUNT NO.   x0402 <br><br> Moonshadow <br> 801 Ave. K, Ste. 16 <br> Plano, TX 75074 | | | Consideration: Vendor | | | | 759.00 |
| ACCOUNT NO.   x4957 <br><br> North Central Ford <br> 1819 North Central Expressway <br> Richardson, TX 75080 | | | Consideration: Vendor | | | | 3,048.73 |

Sheet no. __11__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   11,148.07

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-****** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Dallas Roadster, Limited _____,   Case No. ___11-43725_____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xx7332<br><br>O'Reilly Automotive<br>P.O. Box 9464<br>Springfield, MO 65801 | | | Consideration: Vendor | | | | 3,682.22 |
| ACCOUNT NO.  xx0263<br><br>Park Place Lexus<br>1025 Preston Rd.<br>Plano, TX 75093 | | | Consideration: Vendor | | | | 750.60 |
| ACCOUNT NO.<br><br>Patrick Michaels<br>P.E. Michaels Consulting<br>1403 Marlboro Lane<br>Richardson, TX 75082 | | | Receiver | | | | Notice Only |
| ACCOUNT NO.  xxxx6024<br><br>PEP Boys<br>P.O. Box 8500-50445<br>Philadelphia, PA 19178 | | | Consideration: Vendor | | | | 258.44 |
| ACCOUNT NO.  xxxx2768<br><br>PHD Communications<br>P.O. Box 110566<br>Carrolton, TX 75011 | | | Consideration: Vendor | | | | 146.14 |

Sheet no. _12_ of _15_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,837.40

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Dallas Roadster, Limited                                    ,          Case No.   11-43725
_____          _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxx x2712 <br><br> PHD Communications <br> P.O. Box 110566 <br> Carrolton, TX 75011 | | | Consideration: Vendor | | | | 170.00 |
| ACCOUNT NO.  x7562 <br><br> Plano Discount Brakes <br> 801 Ave. K, Suite 18 <br> Plano, TX 75074 | | | Consideration: Vendor | | | | 60.00 |
| ACCOUNT NO. <br><br> Rahim Hafezamini <br> 3128 Paradise Valley <br> Plano, TX 75025 | | | Consideration: Vendor | | | | 12,000.00 |
| ACCOUNT NO.  4126 <br><br> Reliable Chevrolet <br> P.O. Box 831240 <br> Richardson, TX 75080 | | | Consideration: Vendor | | | | 6,249.95 |
| ACCOUNT NO. <br><br> Russell Jabari <br> Oak Ridge Drive <br> Plano, TX | | | Consideration: Business Debt | | | | 150,000.00 |

Sheet no. __13__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $  168,479.95

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Dallas Roadster, Limited                                    ,          Case No.  11-43725
                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   xxxxxxxxx8594 <br><br> Sam's Club <br> P.O. Box 530981 <br> Atlanta, GA 30353-0981 | | | Consideration: Vendor | | | | 143.66 |
| ACCOUNT NO.   xxxxxxxxx0741 <br><br> Save On The Lot <br> 1851 N. Greenville Ave. #100 <br> Richardson, TX 75081 | | | Consideration: Vendor | | | | 750.00 |
| ACCOUNT NO. <br><br> Texas Capital Bank, N.A. <br> 2000 McKinney Ave., Suite 700 <br> Dallas, TX 75201 | | | Guarantor of $2,400,000 loan to Azar Capital Investments, Limited | X | | | 0.00 |
| ACCOUNT NO. <br><br> Texas Capital Bank, N.A. <br> 2000 McKinney Ave., Suite 700 <br> Dallas, TX 75201 | | | Guarantor of $249,000 loan to Azar Capital Investments, Limited | X | | | 0.00 |
| ACCOUNT NO. <br><br> Texas Capital Bank, N.A. <br> 2000 McKinney Ave., Suite 700 <br> Dallas, TX 75201 | | | Guarantor of $108,000 loan to Azar Capital Investments, Limited | X | | | 0.00 |

Sheet no.  14  of  15  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 893.66

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Dallas Roadster, Limited _____ ,      Case No. ___11-43725_____
           **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6029<br><br>Town North Automotive<br>307 South Central Expressway<br>Richardson, TX 75080 | | | Consideration: Vendor | | | | 147.34 |
| ACCOUNT NO. xxx6064<br><br>VEHIX<br>19 East 200 South<br>10th Floor Terrace<br>Salt Lake City, UT 84111 | | | Consideration: Vendor | | | | 475.00 |
| ACCOUNT NO. x4086<br><br>Worldpac<br>37137 Hickory St.<br>P.O. Box 5022<br>Newark, CA 94560-5522 | | | Consideration: Vendor | | | | 6,145.95 |
| ACCOUNT NO.<br><br><br> | | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | |

Sheet no. _15_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                              Subtotal ►   $        6,768.29

                                  Total ►   $    2,373,538.87

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Eastern District of Texas

In re  Dallas Roadster, Limited

_____

Debtor

Case No.   11-43725

Chapter   11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 2,850,000.00 | | |
| B – Personal Property | YES | 4 | $ 6,209,919.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 3,650,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $        0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $ 2,373,538.87 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $        0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $        0.00 |
| TOTAL | | 30 | $ 9,059,919.00 | $ 6,023,538.87 | |

# United States Bankruptcy Court
## Eastern District of Texas

In re    Dallas Roadster, Limited _____    Case No.    11-43725 _____

Debtor

Chapter    11 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4.  Total from Schedule F | | $    N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

In re  Dallas Roadster, Limited
_____
           **Debtor**

Case No.  11-43725
_____
              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  October 13, 2013

Signature:  /s/ Bahman Khobahy
                          **Debtor**

Date  _____

Signature:  _____
                    **(Joint Debtor, if any)**

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(i); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

Social Security No.
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____
     Signature of Bankruptcy Petition Preparer

_____
                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  President of IEDA, Inc., General Partner  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Dallas Roadster, Limited  [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date  October 13, 2013

Signature:  /s/ Bahman Khobahy
                 **BAHMAN KHOBAHY**
           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.8-782 - 33102-301X-***** - Adobe PDF